```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA            :
                                    :
       -against-                    :   No. 91 Cr. 83 (JFK)
                                    :        **ORDER**
DOMINGO PIMENTEL,                   :
                                    :
                       Defendant.   :
------------------------------------X

**JOHN F. KEENAN, United States District Judge:**

   The Government is directed to file its response to Defendant Domingo Pimentel's pro se motion for sentence reduction, (ECF No. 27), by no later than June 24, 2020.  The Government is further directed to mail a copy of its response to Pimentel by June 24, 2020.  Pimentel shall have 30 days from the date on which he is served with the Government's opposition to file a response.  Absent further order, the motion will be considered fully submitted as of that date.

   The Clerk of Court is respectfully directed to (1) electronically notify the Criminal Division of the U.S. Attorney's Office for the Southern District of New York that this Order has been issued; and (2) mail a copy of this Order to Pimentel.

**SO ORDERED.**

Dated:  New York, New York
        June 9, 2020

                                    _____
                                           John F. Keenan
                                    United States District Judge