```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
    UNITED STATES,                                             :
                                                               :
                                                               :
                                                               :
              -v-                                              :      1:91-cr-83-GHW
                                                               :
                                                               :
    DOMINGO PIMENTEL,                                          :         ORDER
                                                               :
                                           Defendant.          :
-------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/13/2023

GREGORY H. WOODS, United States District Judge:

On September 6, 2023, Defendant Domingo Pimentel directed an application for leave to file an appeal in this matter *in forma pauperis* to the District Court. Dkt. No. 42. This Court has already ruled that IFP status be denied for purposes of an appeal of the order that he wishes to appeal. Dkt. No. 39. Therefore, this Court will not grant the application.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 42 and to mail a copy of this order to Mr. Pimentel.

SO ORDERED.

Dated: September 13, 2023
       New York, New York

_____
GREGORY H. WOODS
United States District Judge